# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NetEffect, Inc.,[1] | ) | Case No. 08-12008 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF PLAN OF LIQUIDATION OF NETEFFECT, INC., UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**TO ALL CREDITORS OF NETEFFECT, INC., THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

1. **PLEASE TAKE NOTICE THAT** on May 12, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (the "Confirmation Order") [Docket No. 325] confirming the *Plan of Liquidation of NetEffect, Inc., under Chapter 11 of the Bankruptcy Code* (the "Plan") [Docket No. 289]. The effective date of the Plan was June 1, 2009 (the "Effective Date"). Unless otherwise noted, capitalized terms used herein shall have the same meanings ascribed to them as in the Plan.

**IN CONNECTION WITH THE CONFIRMATION AND THE OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN, PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING IMPORTANT DATES AND EVENTS:**

2. **Cancellation of Equity Interests**: The Plan provides for the cancellation of all equity security interests in NetEffect, Inc. (the "Equity Interests"). Pursuant to the Plan, as of the Effective Date, all Equity Interests are cancelled and are of no further force or effect without further action on the part of the Bankruptcy Court or any other person.

3. **Applications by Professionals for Approval of Final Fee Applications**: Pursuant to the Confirmation Order, all final requests for compensation or reimbursement of Professional Fees pursuant to Sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code (the "Final Fee Applications") must be filed and served on (i) the undersigned counsel for the Debtor; and (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, De 19801, Attention: David Klauder, Esq.; on or before **July 31, 2009**.

4. All Final Fee Applications are subject to the approval of the Bankruptcy Court. The Debtor shall notify all Professionals who timely file Final Fee Applications of any hearing date fixed by the Bankruptcy Court to consider such Final Fee Applications (the "Final Fee Hearing"). The Final Fee Hearing may be adjourned without further notice other than an announcement at the Final Fee Hearing or at any adjourned Final Fee Hearing.

5. Objections, if any, to any Final Fee Applications shall be filed with the Bankruptcy Court and served on the applicant and the parties identified in paragraph 3 of this Notice, and in accordance with the

---

[1] Debtor's EIN: XX-XXX8071; Debtor's former corporate address: 9211 Waterford Centre Blvd, Austin, TX 78758.
60149-001\DOCS_SF:65435.2

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

6. **Administrative Claims Bar Date**: The deadline pursuant to which any Administrative Claim arising as of October 15, 2008, through and including the Effective Date, and that is not a claim for Professional Fees (which bar date is addressed in paragraph 3 in this Notice), shall be **July 31, 2009**, *provided, however*, that nothing in this Notice, the Plan, or the Confirmation Order shall be deemed to extend or otherwise affect any previously-fixed Administrative Claims Bar Date or any deadline in connection therewith ordered by the Court. If you have already filed a request for payment of an Administrative Claim in accordance with any previously-fixed deadline ordered by the Bankruptcy Court, you do not need to file another request.

7. **Rejection Damage Claims Bar Date**: Any Claims arising solely from the rejection of executory contracts or unexpired leases pursuant to Confirmation of the Plan, must be Filed with the Bankruptcy Court no later than **July 1, 2009**. Notwithstanding the foregoing, nothing in this Notice, the Confirmation Order, or the Plan shall be deemed to extend or otherwise affect any bar date or deadline ordered by the Bankruptcy Court with respect to the filing of any Claims for rejection damages for executory contracts and unexpired leases previously rejected by the Debtor.

Dated: June 1, 2009

PACHULSKI STANG ZIEHL & JONES, LLP

Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for the Debtor